| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wimes, Brian C. | 2. Court or Organization District Court Judge for the Western District of Missouri | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
400 E. 9th Street
Room 7652
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | National Courts and Science Institute (NCSI) |
| 2. | Board Member | Lawyers Encouraging Academic Performance (L.E.A.P) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wimes, Brian C. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Ogltree, Deakins, Nash, Smoak & Stewart, PC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Bar Association Commercial Law Section | Febuary 18-20, 2016 | Scottsdale, Arizona | Corporate Counsel meeting | Transportation, Hotel, Meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wimes, Brian C. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Southwest Visa | Credit Card | K |
| 2. | Marriott Rewards | Credit Card | K |
| 3. | EdFinancial Services | Educational Loan | L |
| 4. | American Education Service | Educational Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wimes, Brian C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mazuma Credit Union -Cash Account #1 | A | Interest | J | T | | | | | |
| 2. Mazuma Credit Union- Cash Account #2 | A | Interest | J | T | | | | | |
| 3. Community America Credit Union-Cash Account | A | Interest | J | T | | | | | |
| 4. Missouri 2030 | A | Dividend | J | T | | | | | |
| 5. Vanguard 529- Aggressive Plan | A | Dividend | J | T | | | | | |
| 6. Vanguard 529-Moderate Plan | A | Dividend | J | T | | | | | |
| 7. AF Europac Growth -Mutual Fund | A | Dividend | K | T | | | | | |
| 8. AF Fundamental Inve-Mutual Fund (see part VIII) | | None | | | | | | | |
| 9. AF Grth Fund Amer-Mutual Fund | B | Dividend | K | T | | | | | |
| 10. Eagle SM Cap Grth-Mutual Fund | A | Dividend | J | T | | | | | |
| 11. Fid Retire MMkt-Mutual Fund (see part VIII) | | None | | | | | | | |
| 12. Fid ToT Mkt idx Ins- Mutual Fund (see part VIII) | A | Dividend | K | T | | | | | |
| 13. Harpor Cap Appr Inst- Mutual Fund | A | Dividend | J | T | | | | | |
| 14. Opp Developing Mkt-Mutual Fund | A | Dividend | J | T | | | | | |
| 15. Pimpco Tot Return Admin-Mutual fund (see part VIII) | | None | J | T | | | | | |
| 16. Royce PA Mutual Inv-Mutual Fund (see part VIII) | | None | | | | | | | |
| 17. Sptn tot Mkt Idx Adv- Mutual Fund (see part VIII) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wimes, Brian C. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Windsor II ADM_Mutual Fund | A | Dividend | J | T | | | | | |
| 19. Vang Mid Cap Idx Sig-Mutual Fund (see part VIII) | | None | J | S | | | | | |
| 20. Hartford Cap App IA-Mutual Fund (see part VIII) | A | Dividend | J | T | | | | | |
| 21. Vang Wellington ADM-Blend Fund (see part VIII) | D | Dividend | M | T | | | | | |
| 22. Metwest TOT RTN BD-Bond (see part VIII) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wimes, Brian C. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII   Investments and Trust

Item #2   Inadvertantly left off the 2015 Report (First reported in 2014)

Item #8   Has reflected on my past reports incorrectly.  The reported amounts were/are correct, but it should have been listed as AF Growth Fund Amer (See item #9)

Item# 11 This asset should only have been reflected up to and including the 2014  report.  (seeking inquiry from investment firm on final disposition of the fund)

Item #12  I was unaware of this asset and it was inadvertantly left off my previous reports.

Item# 15  This asset should not have been reflected on the 2015 report.  It was exchanged in August of 2014.

Item #16  This asset should only have been reflected  on the 2012 and 2013 report.  (seeking inquiry from the investment firm on the final disposition of the fund)

Item # 17 This asset should not have been reflected on the 2015 report.  It was exchanged in August of 2014.

Item #19  This asset should not have been reflected on the 2015 report.  It was exchanged in August of 2014.

Item#20   I was unaware of this asset and it was inadvertatly left off my previous reports.

Item #21  I was unaware of this asset and it was inadvertatly left off my previous reports.

Item #22  I was unaware of this asset and it was inadvertatly left off my previous reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian C. Wimes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544